UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lamiya ASKEROVA | Case No.: 25-cv-3548-AGS-AHG |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION TO DISMISS (ECF 3)** |
| v. | |
| Kristi NOEM, et al., | |
| Defendants. | |

Plaintiff Lamiya Askerova filed a petition for a writ of mandamus requesting that the government "adjudicate Plaintiff's Form I-485 Application" for lawful permanent resident status because it had been pending for over two years without a ruling. (ECF 1, at 11.) Defendants move to dismiss, arguing the case is now moot because Askerova's Form I-485 was not only adjudicated, but she was granted lawful permanent resident status shortly after she filed her mandamus petition. (*See generally* ECF 3.) Plaintiff did not file an opposition. Since she has received all the relief she sought in her petition, the case is moot and the unopposed motion to dismiss is granted. *See Gutierrez v. Saenz*, 606 U.S. 305, 321 (2025) (holding that a case becomes moot "when it is impossible for a court to grant any effectual relief"). The upcoming hearing is vacated, and this case is dismissed without prejudice as moot. The Clerk is directed to issue a judgment and close this case.

Dated:  March 13, 2026

_____
Hon. Andrew G. Schopler
United States District Judge